**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6448**

———————

TEKOA T. GLOVER,

                                        Plaintiff - Appellant,

        versus

JON OZMINT, Director of South Carolina
Department of Corrections in individual and
official capacity; RICHARD E. BAZZLE, Warden
of Perry Correctional Institution in
individual and official capacity; STEPHEN
CLAYTOR, Associate Warden of Perry
Correctional Institution in individual and
official capacity,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.
(0:06-cv-00122-HFF)

———————

Submitted:  July 20, 2006              Decided:  July 27, 2006

———————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tekoa T. Glover, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).
PER CURIAM:

Tekoa T. Glover appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Glover v. Ozmint</u>, No. 0:06-cv-00122-HFF (D.S.C. filed Feb. 23, 2006 & entered Feb. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>